**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **THOMAS L. BASSETT,** | |
| **Plaintiff,** | **4:26CV3229** |
| **vs.** | |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | **ORDER** |
| **Defendant.** | |

This case is before the Court following a telephone conference held on September 17, 2026, before Magistrate Judge Michael D. Nelson. This being an ERISA case, the matter is appropriate for dispositive motions. In accordance with the discussion during the telephone conference,

**IT IS ORDERED:**

1. The parties shall have until **October 15, 2026**, to file the administrative record and applicable plan documents.

2. The defendant shall have until **December 15, 2026**, to file a motion and brief to affirm the administrator's decision.

3. The plaintiff shall have until **January 15, 2027**, to respond to the defendant's motion.

4. The defendant shall have until **January 29, 2027**, to file a reply.

5. The plaintiff shall have until **February 12, 2027**, to file a sur-reply.

6. Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 17th day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge